# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-1330**  **September Term, 2015**

FCC-15-104

**Filed On:** November 13, 2015

SNR Wireless Licenseco, LLC,

    Appellant

    v.

Federal Communications Commission,

    Appellee

------------------------------

Consolidated with 15-1331, 15-1332, 15-1333

## O R D E R

Upon consideration of the unopposed motion for a schedule setting a forty-five day briefing period for respondents' brief, it is

**ORDERED** that the following briefing schedule apply in these cases:

| | |
|---|---|
| Brief(s) for Appellants/Petitioners | 01/12/16 |
| Brief for Appellee/Respondents | 02/26/16 |
| Reply Brief(s) | 03/14/16 |
| Deferred Appendix | 03/28/16 |
| Final briefs | 04/04/16 |

To avoid duplication, the Appellants/Petitioners are encouraged to consult while preparing their briefs and to consider filing jointly or adopting relevant portions of each other's briefs. All issues and arguments must be raised by the appellants/petitioners in their opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief. The court reminds the parties that

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . When the appellant's or petitioner's standing is not

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 15-1330**                                                                 **September Term, 2015**

apparent from the administrative record, the brief must include arguments and evidence establishing the claim of standing.

See D.C. Cir. Rule 28(a)(7).

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Procedures 41 (2015); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk